### (February 25, 1959)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE EDWARD SILLIFANT, Relator, against SHERIFF OF THE CITY OF NEW YORK, Respondent.— Writ dismissed, without costs. Motion for leave to appeal to the Court of Appeals granted. On consent, the relator is continued in the custody of his counsel, on condition that the appeal to the Court of Appeals be expeditiously prosecuted. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.; Beldock, J., not voting.